# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3795
Lower Tribunal No. 05CF-5854

_____

BENIGNO H. KAIU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

May 17, 2024

PER CURIAM.

We affirm the final order on appeal. Our affirmance is without prejudice to Appellant filing a motion in the circuit court under Florida Rule of Criminal Procedure 3.800(a). *See Williams v. State*, 957 So. 2d 600, 603 (Fla. 2007).

AFFIRMED.

WOZNIAK and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Benigno H. Kaiu, Zephyrhills, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED